FILED

NOV - 3 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| GREGORY DIXSON, Jr. ) | **4:21CR590 RLW/SRW** |
| a/k/a "G," "Number 1," and "Unc," ) | |
| GREGORY CORNELL DIXSON, III ) | |
| a/k/a "Nephew," and "Little G," ) | |
| MIGUEL ANGEL GONZALEZ, ) | |
| CARLOS GONZALEZ, ) | |
| QUINTIN DEFOREST ADKINS, ) | |
| a/k/a "Q," and "Unc," ) | |
| and ) | |
| RUBEN SANCHEZ BLANCO, ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

A. Beginning at a time unknown but including 2015 to on or about the date of this Indictment, in the Eastern District of Missouri, and elsewhere,

**GREGORY DIXSON, Jr.**
**a/k/a "G," "Number 1," and "Unc,"**
**GREGORY CORNELL DIXSON, III**
**a/k/a "Nephew," and "Little G,"**
**MIGUEL ANGEL GONZALEZ,**
**CARLOS GONZALEZ,**
**QUINTIN DEFOREST ADKINS,**
**a/k/a "Q," and "Unc,"**
**and**
**RUBEN SANCHEZ BLANCO,**

the defendants herein, did knowingly combine, conspire, agree, and confederate together with each other and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute Schedule II controlled substances including cocaine and fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

Quantity of Fentanyl and Cocaine Involved in the Conspiracy

1. With respect to Defendants **Gregory Dixson Jr, Gregory Cornell Dixson III, Miguel Angel Gonzalez, Carlos Gonzalez**, and **Quintin Deforest Adkins**, the amount involved in the conspiracy attributable to each of these defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to him is five (5) kilograms or more of cocaine, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A); and

2. With respect to Defendants **Gregory Dixson, Jr.** and **Ruben Sanchez Blanco**, the amount involved in the conspiracy attributable to each of these defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more of fentanyl, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

<b><u>FORFEITURE ALLEGATION</u></b>

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 or 841 (a)(l), as set forth in Count I, the Defendants shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to Defendants offenses.

3. If any of the property, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JAMES C. DELWORTH, #29702MO
Assistant United States Attorney